IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01724–LTB–KMT

LILIA E. GARCIA,

    Plaintiff,

v.

IRS TREASURY DEPARTMENT,

    Defendant.

**ORDER**

    This matter is before the court on review of the docket. Plaintiff has sent numerous documents to the Clerk's office which have been filed as notices or exhibits. (*See* Doc. Nos. 3, 5, 7.) It appears the documents are being filed by Plaintiff as evidence to support her case.

    To the extent Plaintiff intends to provide documents for consideration in connection with a pending motion, the documents must be timely filed in relation to the motion, response or reply as described in D.C.COLO.LCivR 7.1. Additionally, Plaintiff must comply with the Court's local rules regarding the format of papers presented for filing. *See* D.C.COLO.LCivR 10.1. To the extent Plaintiff is providing documents for the court's consideration generally, she is advised that, at this stage in the proceedings, the court will not consider documents that are not provided in connection with a pleading, motion, brief or other paper.

Accordingly, it is

ORDERED that documents 3, 5, and 7 are STRICKEN from the record. Any future documents submitted by Plaintiff that do not comply with the Federal Rules of Civil Procedure and the Court's local rules will be stricken.

Dated this 18th day of July, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge