IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01724–LTB–KMT

LILIA ELIZABETH GARCIA,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE UNDER TREASURY DEPARTMENT,

    Defendant.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion as Part of Evidence (Doc. No. 15, filed Oct. 14, 2011) is DENIED.  While it appears that Plaintiff seeks to have to court "consider this [] information as part of exhibit under Title IV wich [sic] include in reference of minute order of the Title VII Complaint filed August 1, 2011, [Doc. No.] 12, entered 08/02/2011," Plaintiff has not attached any exhibits or other documents to her Motion, nor is it otherwise clear what information Plaintiff seeks to have the court consider.  Nor does Plaintiff's Motion conform with the court's local rules regarding the format of papers presented for filing.  *See* D.C.Colo.LCivR 10.1.

In any event, although the court advised Plaintiff the court will not consider documents that are not provided in connection with a pleading, motion, brief or other paper (*see* Doc. No. 8, filed July 19, 2011), Plaintiff cannot circumvent this requirement by simply filing a motion seeking to have the court consider certain documents.  Rather, Plaintiff must articulate in her motion some specific, *additional* relief that she seeks before the court will consider Plaintiff's documentary evidence.

Finally, to the extent that Plaintiff ostensibly seeks to amend her Amended Title VII Complaint (Doc. No. 11, filed July 27, 2011) pursuant to Fed. R. Civ. P. 15(a) to add exhibits in support of her claims, her motion must detail the proposed amendments and the reasons why such amendments are necessary.  Additionally, Plaintiff must attach to her motion the proposed

amended complaint, which, in turn, must containing <u>all</u> of her claims and <u>all</u> of the underlying exhibits.

Dated: October 26, 2011