**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01724-LTB-KMT

LILIA E. GARCIA,

    Plaintiff,

v.

IRS TREASURY DEPARTMENT,

    Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on December 20, 2011 (Doc 50). Plaintiff has failed to file any specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) for lack of service.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   January 25, 2012