**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01724-LTB-KMT

LILIA E. GARCIA,

       Plaintiff,

v.

IRS TREASURY DEPARTMENT,

       Defendant.

---

**ORDER**

---

The above case was dismissed without prejudice on January 25, 2012 (Doc 68) with a final judgment in favor of the IRS against the Plaintiff being entered January 26, 2012 (Doc 70). Since that time, Plaintiff has filed various "statements" (Docs 69, 71-84). None of the above filings (Docs 69-84) constitute motions or other appropriate requests for action pursuant to the Federal Rules of Civil Procedure. Accordingly

IT IS ORDERED that Docs 69, 71-84 are STRICKEN and Plaintiff is notified that any further such filings not in compliance with the Federal Rules of Civil Procedure will not be accepted for filing and will be returned to Plaintiff.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Judge

DATED:   February 21, 2012