**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01724-LTB-KMT

LILIA E. GARCIA,

       Plaintiff,

v.

IRS TREASURY DEPARTMENT,

       Defendant.

**ORDER**

The above case was dismissed without prejudice on January 25, 2012 (Doc 68) with a final judgment in favor of the IRS against the Plaintiff being entered January 26, 2012 (Doc 70).  Accordingly

IT IS ORDERED that Plaintiff's Motion to Respond to Complaint (Doc 86 - filed October 9, 2012) and Plaintiff's Motion to Reopen (Doc 87 - filed October 9, 2012) are DENIED.

                                        BY THE COURT:

                                        _s/Lewis T. Babcock_
                                        Lewis T. Babcock, Judge

DATED:   October 11, 2012