**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01724-LTB-KMT

LILIA E. GARCIA,

        Plaintiff,

v.

IRS TREASURY DEPARTMENT,

        Defendant.

**ORDER**

This matter is before the Court on pro se Plaintiff's Motion to Respond Ordered (Doc 89) which shall be treated as a second motion to reopen and upon review of the motion and file herein, it is

ORDERED that Plaintiff's Motion is DENIED.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:   October 22, 2012